UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CH HOLD CORP. | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-2396 |
| | § | |
| UNIVERSAL UNDERWRITERS OF | § | |
| TEXAS INSURANCE COMPANY | § | |
| | § | |
|    Defendant. | § | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CH Hold Corp. and Defendant Universal Underwriters of Texas Insurance Company jointly stipulate to the dismissal of this action with prejudice. The parties shall each bear their own costs.

Dated: February 19, 2018

                Respectfully submitted,

                */s/ Ernest Martin, Jr.*
                Ernest Martin, Jr.
                State Bar No. 13063300
                ernest.martin@haynesboone.com
                HAYNES AND BOONE, LLP
                2323 Victory Avenue, Suite 700
                Dallas, Texas 75219-7673
                Telephone:   (214) 651-5000
                Telecopier:   (214) 651-5940

                ATTORNEY FOR PLAINTIFF

            */s/ Shannon M. O'Malley* per 2/16 authorization
            Thomas H. Cook
            State Bar no. 000783869
            tcook@zelle.com
            Shannon M. O'Malley
            Texas Bar No. 24037200
            somalley@zelle.com
            Lindsey P. Bruning
            Texas Bar No. 24064967
            lbruning@zelle.com
            ZELLE, LLP
            901 Main Street, Suite 4000
            Dallas, TX 75202-3975
            Telephone: (214) 742-3000
            Telecopier: (214) 760-8994

            ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulated Dismissal With Prejudice was sent to all parties of record pursuant to the ECF guidelines and the Federal Rules of Civil Procedure on this 19th day of February, 2018.

 Thomas H. Cook, Jr.
 Lindsey P Bruning
 Shannon O'Malley
 Zelle, LLP
 901 Main Street
 Suite 4000
 Dallas, TX 75202

            */s/ Ernest Martin, Jr.*
            Ernest Martin, Jr.

4846-6512-6493 v.1